

NUMBER 13-15-00149-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**AKIKO N. SOUZA,**                                                                                    **Appellant,**

**v.**

**LAURA JORDAN AND
WILLIAM JORDAN,**                                                                                    **Appellees.**

---

### On appeal from the 131st District Court
### of Bexar County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Longoria
### Memorandum Opinion Per Curiam

Appellant, Akiko N. Souza, perfected a restricted appeal from a default judgment rendered in favor of Laura Jordan and William Jordan that was signed by the trial court on July 10, 2014.[1]   This Court previously abated this case for the purposes of medication.

---

[1] This case is before the Court on transfer from the Fourth Court of Appeals in San Antonio pursuant

The parties to this appeal have now filed a joint motion for dismissal and nonsuit. According to the motion, the parties have settled and compromised their differences and request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion for dismissal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Accordingly, we REINSTATE this appeal. The joint motion to dismiss is GRANTED and the appeal is DISMISSED. Costs will be taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
16th day of July, 2015.

---

to a docket-equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through Chapter 46, 2015 R.S.).